|  | AUSA: | Hank Moon | Telephone: | (313) 226-9100 |
|---|---|---|---|---|
| AO 442 (Rev. 11/11) Arrest Warrant | Special Agent: | Nicholas Czech | Telephone: | (313) 965-2323 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America

v.

D-1, Mohmed ALI
D-2 Majed MAHMOUD

F I L E D

NOV 0 5 2025

CLERK'S OFFICE
DETROIT

Case No.  25-30673

I hereby certify that the foregoing is a true copy
of the original on file in this office.

**Clerk, U.S. District Court
Eastern District of Michigan**

By: *s/Julie Owens*
Deputy

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Majed MAHMOUD                                                                                           ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☑ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 924(h) - Receiving and transferring, and attempting and conspiring to transfer, firearms and ammunition knowing and
having reasonable cause to believe that the firearms and ammunition would be used to commit a Federal crime of terrorism

Date:  November 1, 2025

*Elizabeth A. Stafford*
*Issuing officer's signature*

City and state:  Detroit, Michigan

Hon. Elizabeth A. Stafford, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)*  11/3/25  , and the person was arrested on *(date)*  10/31/25 (PC)
at *(city and state)*  DEARBORN, MI

Date:  11/3/25

*Arresting officer's signature*

BRIAN GAWRISS
*Printed name and title*

*Distribution: Original Court – 1copy U.S. Marshal – 2 copies USA*