UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                        Criminal No.   25-mj-30673

v.

IN RE:   SEALED MATTER

       Defendants.
_____/

**<u>ORDER TO UNSEAL AMENDED COMPLAINT,
ARREST WARRANT AND AFFIDAVIT</u>**

IT IS HEREBY ORDERED that the amended complaint, warrant for arrest, and affidavit for complaint be UNSEALED.

                                   <u>s/David R. Grand</u>
                                   Honorable David R. Grand
                                   United States Magistrate Judge

Dated:   <u>11/5/25</u>